**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF INDIANA**

**HAMMOND DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **Jacob Clark** | ) | **CASE NO. 14-23113 jra** |
| **Sabrina Clark** | ) | |

RESPONSE TO TRUSTEE'S AFFIDAVIT OF DEFAULT

Comes now Kevin M. Schmidt, Attorney at Law and advises the Court as follows:

1.   On January 25, 2018, the Trustee filed an Affidavit of Default for the failure to provde tax returns.

2.   That the debtor is working to get his taxes completed.

3.   That the Debtor requests this matter be set for a hearing.

Wherefore, Counsel requests the Court to not dismiss their case.

Date: January 25, 2018

Respectfully submitted,

/s/ Kevin M. Schmidt

Kevin M. Schmidt, Attorney ID# 11668-45

200 E.. 80th Place

Merrillville, IN 46410

(219) 756-0555

CERTIFICATE OF SERVICE

I certify that on the 25th  day of January, 2018, service of a true and complete copy of the

**RESPONSE TO TRUSTEE'S AFFIDAVIT OF DEFAULT**

was made upon each party or attorney of record herein by depositing same in the United States Mail in envelopes properly addressed to each of them and with sufficient first class postage affixed.

/s/Mary Guernsey

Mary Guernsey

Distribution:

U.S. Bankruptcy Court

U.S. Trustee

100 E. Wayne St.

South Bend, IN 46601

Trustee, Paul R. Chael