UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

In Re:                                )
JACOB W. CLARK                        )
SABRINA A. CLARK                      )    CHAPTER 13 PROCEEDINGS
                                      )    CASE NO.:  14-23113 JRA
        Debtors                       )

### STIPULATION ON AFFIDAVIT OF DEFAULT

Paul R. Chael, Chapter 13 Trustee, by Staff Attorney, Amy J. Godshalk, and Debtors, Jacob and Sabrina Clark, by counsel, Kevin M. Schmidt, hereby enter into the following Stipulation on Affidavit of Default:

> **Debtors will be the disbursing agent for the April 2018 mortgage payment to Select Portfolio and will pay the sum of $29.75 on or before March 25, 2018.**

WHEREFORE, the Parties hereby affix their signatures below to evidence their agreement to the terms contained herein.

Dated: 3/8/18

_____
Jacob W. Clark, Debtor

Dated: 3/8/18

_____
Sabrina A. Clark, Debtor

Dated: 3/22/18

_____
Kevin M. Schmidt, Attorney for Debtors

Dated: 3/22/18

_____
Amy J. Godshalk, Staff Attorney for
Paul R. Chael, Standing Chapter 13 Trustee
Indiana Attorney No. 16806-64

SO ORDERED this 27th day of March, 2018.

_____ JS103
Judge, U.S. Bankruptcy Court